# EXHIBIT A

## JANICE GEDDES

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Lit | Miserable | A Place in the Sun | 264-272 |
| Arista Records LLC | Santana | El Farol | Supernatural | 289-833 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| Virgin Records America, Inc. | Smashing Pumpkins | Cherub Rock | Siamese Dream | 169-635 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |
| Warner Bros. Records Inc. | Van Halen | Ice Cream Man | Van Halen | 239 |
| Warner Bros. Records Inc. | Depeche Mode | It's No Good | Ultra | 235-024 |
| Virgin Records America, Inc. | Lenny Kravitz | I Belong To You | 5 | 261-538 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| Interscope Records | Limp Bizkit | Re-Arranged | Significant Other | 279-827 |