AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,**

V.

**JANICE GEDDES**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 06 327

TO:

**JANICE GEDDES**
**26 Jasons Grant Dr.**
**Cumberland, RI 02864-1649**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**

**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/18/06

Barbara Barletta

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1] DATE 9-25-06

NAME OF SERVER (PRINT) Gordon Moniz TITLE Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 2 Jasons Grant Dr, Cumberland, RI

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Robert Geddes Jr

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-25-06
Date

Signature of Server

ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BMG MUSIC, A NEW YORK GENERAL PARTNERSHIP; ET AL., Plaintiff / Petitioner<br><br>vs.<br>JANICE GEDDES<br>Defendant / Respondent | Cause #: CA 06 327<br><br>Affidavit of Service of:<br>NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES<br>Hearing Date:<br>Witness Fee Tendered: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the date and time of 9-25-06 12:43 pm at the address of 26 Jasons Grant dr, city of Cumberland, county of Providence, state of Rhode Island, this affiant served the above described documents upon:

**JANICE GEDDES**

☐ **Personal Service**

by then and there personally delivering _____ true and correct copy(ies) thereof.

☐ **Corporate Service**

by then and there personally delivering _____ true and correct copy(ies) thereof, by then presenting to and leaving the same with ____________________

*Person Receiving Documents and Their Title*

☒ **Substituted/Residential Service**

by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with Robert Geddes Jr., a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

Gordon Moniz
*Typed or Printed Name of Process Server*

[signature]
*Server Signature*

Subscribed and Sworn to before me this ________________

____________________

a Notary Public in the State of ________________

Residing at ________________

IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **BMG MUSIC, A NEW YORK GENERAL PARTNERSHIP; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**JANICE GEDDES**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 327**<br><br>DECLARATION OF NON SERVICE:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **JANICE GEDDES** at the address of: **26 JASONS GRANT Drive , CUMBERLAND, Providence County, RI ,** and was unable effect service for the following reasons:

**Attempts as follows: 8/02/06 7:39pm, 8/07/06 10:27am, 8/10/06 4:25pm, 8/12/06 1:29pm, 8/23/06 7:14pm. No answer at door at any time. Spoke with neighbor on 8/10 and she thinks they are away on vacation. No activity of any kind. Left calling card but not removed from door and no answer.**

Declarant hereby states under penalty of perjury under the laws of the State of Massachusetts that the statement above is true and correct.

DATED this **28th day of August, 2006.**

**Gordon Moniz**

ABC's Client Name
**Holme, Roberts & Owen**
**RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3815466**