UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership, Plaintiffs | : | |
| V. | : | C.A. No.: 06-327 |
| JANICE GEDDES, Defendant | : | |

**DISMISSAL STIPULATION**

By agreement of the parties, the above-captioned matter may be dismissed with prejudice, no interest or costs.

Plaintiffs,
By their Attorney:

/s/James E. O'Neil
James E. O'Neil, #2097
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, Rhode Island 02852
(401) 667-7111

Defendant,
By her Attorneys:

/s/William M. Heffernan
William M. Heffernan, #2498
HEFFERNAN LAW OFFICES, P.C.
2145 Diamond Hill Road, Suite One
Cumberland, Rhode Island 02864
(401) 334-5600

CERTIFICATION

I, William M. Heffernan, hereby certify that a copy of the within Stipulation was emailed to the following counsel on the 1st day of December, 2006:

James E. O'Neil jameseoneil@justice.com

/s/William M. Heffernan